```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 7/9/09
```

------------------------------------X
ERIC FAULKNER, et al.,              :     07 Cv. 2318 (LAP)
                                    :
                    Plaintiffs,     :
                                    :
       -against-                    :     ORDER
                                    :
ARISTA RECORDS LLC,                 :
                                    :
                    Defendant.      :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

   Counsel in the above-named case shall appear for a conference on July 15, 2009 at 3:00 p.m., either in person in Courtroom 12A or by telephone.

SO ORDERED:

Dated:   New York, New York
         July 7, 2009

                                    _____
                                    LORETTA A. PRESKA
                                    Chief U.S.D.J.