# Declaration of David Donoghue
# Dated March 23, 2009

# - FILED UNDER SEAL -

*Faulkner et al. v. Arista Records, LLC*
*07-cv-02318 (LAP/AJP)*