UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC FAULKNER, DUNCAN FAURE, ALAN LONGMUIR, DEREK LONGMUIR, LESLIE MCKEOWN and STUART WOOD, <br><br> Plaintiffs, <br><br> -against- <br><br> ARISTA RECORDS LLC, <br><br> Defendant. | Civil Action No. 07 CV 2318 <br> (LAP/AJP) <br> ECF Case <br><br><br> ORAL ARGUMENT REQUESTED |

### MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

### - FILED UNDER SEAL -

HOLLAND & KNIGHT, LLP
Christelette A. Hoey
Joshua C. Krumholz
R. David Donoghue
J. Mitchell Herbert, Jr.
31 West 52nd Street, 12th Floor
New York, NY 10019
Telephone:  (212) 513-3200
Facsimile:   (212) 385-9010

*Attorneys for Plaintiffs Eric Faulkner, Duncan Faure, Alan Longmuir, Derek Longmuir, Leslie McKeown and Stuart Wood*