

**manatt**
manatt | phelps | phillips

Robert A. Jacobs
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4360
E-mail: rjacobs@manatt.com

July 29, 2013

**VIA FACSIMILE**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-13
```

    Re:   *Faulkner et al. v. Arista Records LLC*, 07-cv-2318 (LAP/AJP)

Dear Judge Preska:

    Pursuant to Your Honor's direction at the July 25, 2013 conference in the above matter, the parties have conferred and agreed to the following schedule for briefing related to their proposed motions to exclude expert testimony:

- September 12, 2013: moving papers to be submitted;
- October 11, 2013: opposition papers to be submitted;
- October 30, 2013: reply papers to be submitted.

The parties are available to address any questions that the Court may have.

Respectfully submitted,

Robert A. Jacobs

**SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/30/13

cc:    Joshua C. Krumholz, Esq. (via email)

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.