UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC FAULKNER, DUNCAN FAURE, ALAN LONGMUIR, DEREK LONGMUIR, LESLIE MCKEOWN and STUART WOOD,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>ARISTA RECORDS LLC,<br><br>                    Defendant. | 07 Civ. 2318 (LAP) (AJP)<br><br>ECF Case<br><br>ORAL ARGUMENT REQUESTED |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT ARISTA RECORDS LLC'S MOTION TO
EXCLUDE THE TESTIMONY OF WAYNE C. COLEMAN**

# CONFIDENTIAL – FILED UNDER SEAL

MANATT, PHELPS & PHILLIPS, LLP
Robert A. Jacobs
Prana A. Topper
Nirav S. Shah
7 Times Square
New York, NY 10036
rjacobs@manatt.com
ptopper@manatt.com
nshah@manatt.com
Telephone:  (212) 790-4500
Facsimile:   (212) 790-4545

*Attorneys for Arista Records LLC*